IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:16-CV-411-MOC-DCK

| | |
|---|---|
| STEPHEN FAILE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Daniel R. Francis, concerning Eric D. Holland on January 5, 2017. Mr. Eric D. Holland seeks to appear as counsel *pro hac vice* for Plaintiff Stephen Faile. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Eric D. Holland is hereby admitted *pro hac vice* to represent Plaintiff Stephen Faile.

**SO ORDERED**.

Signed: January 5, 2017

David C. Keesler
United States Magistrate Judge